IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Zavon James Turner, Kinship of Coosa Nation of North America (USA) et al.,<br><br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>**-against-**<br><br>Herman Shaw Jr. Sharon Ross Turner, Annease Nelson, Connie Mae Nelson, Woodrow Nelson Jr., Yolanda Moutrie, Craig Nelson, Curtis Nelson, Veronica Kenner in her own Individual capacity Et. Al.,<br><br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | **Complaint for Violation of Civil Rights**<br>(Non-Prisoner Complaint)<br><br>Case No. 2:23-cv-756-RMG-MGB<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial:    ☐ Yes    ☐ No<br>*(check one)* |

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

1

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Zavon James Turner Shaw |
   | Street Address | 324 Zavon Lane |
   | City and County | St. Stephen, Berkeley |
   | State and Zip Code | South Carolina, 294778 |
   | Telephone Number | 385-396-9126 |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Herman Shaw Jr. |
   | Job or Title (if known) | None |
   | Street Address | 1228 Universal Circle St. |
   | City and County | Stephen, Berkeley |
   | State and Zip Code | South Carolina 29479 |
   | Telephone Number | |

   ☑ Individual capacity     ☐ Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | Sharon Rose Turner |
   | Job or Title (if known) | none |
   | Street Address | 1228 Universal Circle St. |
   | City and County | Stephen, Berkeley |
   | State and Zip Code | |
   | Telephone Number | |

☑ Individual capacity    ☐ Official capacity

Defendant No. 3

    Name  Veronica Zenner

    Job or Title (if known)  County Clerk

    Street Address  113 Ravenell Drive

    City and County  St. Stephen, Berkeley

    State and Zip Code  South Carolina, 29479

    Telephone Number  843-567-7400

    ☐ Individual capacity    ☑ Official capacity

Defendant No. 4

    Name  Annease Nelson

    Job or Title (if known)  none

    Street Address  24 Edens Garden Lane

    City and County  St. Matthews, Calhoun

    State and Zip Code  South Carolina, 29135

    Telephone Number

    ☑ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

3

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Zavon James Turner |
| Street Address | 324 Zavon Lane |
| City and County | St. Stephen, Berkeley |
| State and Zip Code | South Carolina, 294778 |
| Telephone Number | 385-396-9126 |

    **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 5

| | |
|---|---|
| Name | Connie Mae Nelson |
| Job or Title (if known) | None |
| Street Address | 1216 Universal Circle St. |
| City and County | Stephen, Berkeley |
| State and Zip Code | South Carolina 29479 |
| Telephone Number | |

☑ Individual capacity     ☐ Official capacity

Defendant No. 6

| | |
|---|---|
| Name | Woodrow Nelson Jr. |
| Job or Title (if known) | none |
| Street Address | 1220 Universal Circle St. |
| City and County | Stephen, Berkeley |
| State and Zip Code | South Carolina, 29479 |
| Telephone Number | |

2

☑ Individual capacity     ☐ Official capacity

Defendant No. 7

    Name     Yolanda Moultrie
    Job or Title (if known)     none
    Street Address     1216 Universal Circle
    City and County     St. Stephen, Berkeley
    State and Zip Code     South Carolina, 29479
    Telephone Number

☑ Individual capacity     ☐ Official capacity

Defendant No. 8

    Name     Craig Nelson
    Job or Title (if known)     none
    Street Address     1216 Universal Circle
    City and County     St. Stephen, Berkeley
    State and Zip Code     South Carolina, 29479
    Telephone Number

☑ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

3

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   |  |  |
   |---|---|
   | Name | Zavon James Turner Shaw |
   | Street Address | 324 Zavon Lane |
   | City and County | St. Stephen, Berkeley |
   | State and Zip Code | South Carolina, 294778 |
   | Telephone Number | 385-396-9126 |

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 9

   |  |  |
   |---|---|
   | Name | Curtis Nelson |
   | Job or Title (if known) | None |
   | Street Address | 1220 Universal Circle |
   | City and County | St. Stephen, Berkeley |
   | State and Zip Code | South Carolina 29479 |
   | Telephone Number |  |

   ☑ Individual capacity     ☐ Official capacity

   Defendant No. 10

   |  |  |
   |---|---|
   | Name |  |
   | Job or Title (if known) |  |
   | Street Address |  |
   | City and County |  |
   | State and Zip Code |  |
   | Telephone Number |  |

2

The plaintiffs ask for this court to GRANT the Plaintiff's relief requested.

Affirmed by,

*Zavon James Turner*

Zavon James Turner
324 Zavon Lane Alvin
South Carolina, 29478


*Issa Yvette Ross*

Issa Yvette Ross (Advocate)
324 Zavon Lane Alvin
South Carolina, 29478