# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Zavon James Turner, ) | Case No. 2:23-cv-00756-RMG-MGB |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| Sharon Rose Turner; Annease Nelson; Herman Shaw, Jr.; Craig Nelson; Curtis Nelson; Woodrow Nelson, Jr.; Yolanda Moultrie; Connie Mae Shaw/Nelson; and Veronica Zenner, ) | |
| Defendants. ) | |

Plaintiff Zavon James Turner ("Plaintiff"), proceeding *pro se*, brought this action on February 24, 2023, in relation to a property dispute involving a lot and/or mobile home located in St. Stephen, South Carolina. (Dkt. No. 1.) In bringing this action, Plaintiff failed to sign any of his initial filings—including a motion for leave to proceed *in forma pauperis* (Dkt. No. 2) and a motion for emergency injunctive relief (Dkt. No. 3)—as required under Rule 11(a) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 11(a) (stating that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented. . . ."); *see also Becker v. Montgomery*, 532 U.S. 757, 764 (2001) (noting that a typed name or signature does not satisfy the signature requirement under Rule 11(a)). Additionally, Plaintiff failed to provide the Court with a proposed set of service documents or responses to the Court's Local Civil Rule 26.01 interrogatories.

In light of Plaintiff's *pro se* status, the Court afforded him an opportunity to sign his initial filings and submit the outstanding documents within twenty-one days, plus three days for mail

1

time. (Dkt. No. 5.) The Court explicitly warned Plaintiff that if he did not bring his case into proper form within the time prescribed by the order, his case would be summarily dismissed for failure to prosecute and comply with an order of this Court pursuant to Rule 41 of the Federal Rules of Civil Procedure. (*Id.* at 3.)

To date, Plaintiff has not responded to the Court's order, and the time to comply has lapsed. Accordingly, the undersigned hereby **DISMISSES** the instant action, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962). Plaintiff's pending Motion for Leave to Proceed *in forma pauperis* (Dkt. No. 2) and Motion for Emergency Injunction and Injunctive Relief (Dkt. No. 3) are likewise **DISMISSED**.

**AND IT IS SO ORDERED.**

May 22, 2023                                           s/ Richard Mark Gergel
Charleston, South Carolina                             United States District Judge