AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Zavon James Turner<br>*Plaintiff*<br>v.<br>Herman Shaw, Jr., Sharon Rose Turner, Veronica Zenner, Annease Nelson, Connie Mae Nelson, Woodrow Nelson, Jr., Yolanda Moultrie, Craig Nelson, Curtis Nelson<br>*Defendant* | Civil Action No. 2:23-cv-00756-RMG-MGB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff, Zavon James Turner, shall take nothing of Defendants, Herman Shaw Jr., Sharon Rose Turner, Veronica Zenner, Annease Nelson, Connie Mae Nelson, Woodrow Nelson, Jr., Yolanda Moultrie, Craig Nelson, Curtis Nelson, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☑ decided by the Honorable Richard M. Gergel, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date: 5/23/2023

ROBIN L. BLUME, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*